

# Fourth Court of Appeals
## San Antonio, Texas

March 12, 2018

No. 04-18-00086-CV

**IN RE MACONORI ENTERPRISES, LTD.**
and Nolan Richardson, Individually

Original Mandamus Proceeding[1]

### ORDER

Sitting:       Rebeca C. Martinez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice

The Real Parties in Interest, Eloy Garcia and Rail Link International, Inc.'s Motion for Extension of Time to File Response to Relator's Petition for Writ of Mandamus is hereby GRANTED. Time is extended to April 19, 2018.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2013CI09362, styled *Macanori Enterprises, Ltd. and Nolan Richardson, Individually v. Rail Link International, Inc. and Eloy Garcia, Individually*, pending in the 73rd Judicial District Court, Bexar County, Texas, the Honorable Rosie Alvarado presiding.